# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS | ) |
| | ) CIVIL ACTION NO. MDL 875 |
| LIABILITY LITIGATION (NO. VI) | ) |
| | |
| This Document Relates To: | ) |
| | ) |
| CLARENCE J. DECK and Spouse, | ) |
| WANDA DECK, | ) |
| Plaintiffs, | ) USDC, WDNC |
| | ) Civil Action No. 1:05CV317 |
| | ) |
| v. | ) |
| | ) |
| AIRCO, INC., et. al. | ) |
| Defendants. | ) |

FILED
ASHEVILLE, N.C.
DEC 13 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

## ORDER

Upon motion by Defendant Goulds Pumps, Inc. and the consent of Plaintiffs, and for good cause shown, it is hereby ORDERED that Defendant Goulds Pumps, Inc.'s Consent Motion for Leave to File Answer is granted and Defendant's Answer, which Defendant contemporaneously filed with its motion, is hereby deemed properly filed.

IT IS SO ORDERED.

Dated this the 20th day of November, 2006.

Honorable ~~Chief~~ Judge James T. Giles